Hyman Mysell, Respondent, v. H. Westlake Coons, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Joseph di Benedetto, Appellant, v. William H. Egan and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

The City of New York, Respondent, v. Harry Baron, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Peter L. McLaren, Respondent, v. Ragus Tea and Coffee Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Adam Frank, Respondent, v. Charles M. Howe, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Isaac Voron, Respondent, v. Sabbatia Chait, Appellant, Impleaded with Voron &'Chait, Incorporated.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

The People of the State of New York ex rel. Ernest E. Buckland v. Rhinelander Waldo, as Police Commissioner of the City of New York.— Motion granted, with ten dollars costs. Present— Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

The People of the State of New York ex rel. James E. O. Rodrigues v. Arthur Woods, as Commissioner.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

William J. Quinlan v. The City of New York.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Benjamin Brown, as Administrator, etc., v. Improved Property Holding Company.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Joseph Gallagher, etc., v. Jane L. Brunner.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Jennie Leiman v. Jacob Kulla and Another.— Motion granted, unless appellant complies with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Alexander Fischel v. Mayer Friedlander.-- Motion granted, unless appellant complies with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.